ACCEPTED
03-14-00805-CV
4456151
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 12:40:23 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00805-CV

_____

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/11/2015 12:40:23 PM

JEFFREY D. KYLE
Clerk

_____

**Devvy Kidd,**
Appellant,

**v.**

**Carlos Cascos, Texas Secretary of State**
Appellee.

_____

On Appeal from the 53rd Judicial District Court, Travis County Texas
Trial Court Case No. D-1-GN-14-003900

_____

### NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellee gives notice that Carlos Cascos succeeded Nandita Berry as Texas Secretary of State on March 7, 2015.

Accordingly, the Appellee now should be designated as "Carlos Cascos, Texas Secretary of State."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Financial Litigation, Tax, and
Charitable Trusts Division

*/s/ Adam N. Bitter*
ADAM N. BITTER
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 24085070
P.O. Box 12548
Austin, Texas 78711-2548
512-936-2422
512-477-2348 (fax)
Adam.bitter@texasattorneygeneral.gov
*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellant via certified mail, return receipt requested as follows:

Ms. Devvy Kidd, Pro Se
P.O. Box 1102
Big Spring, TX  79721

*/s/ Adam N. Bitter*
ADAM N. BITTER